No. 635, Misc.  ENGLING *v.* KANSAS.  Supreme Court of Kansas.  Certiorari denied.

No. 641, Misc.  DENTO *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 647, Misc.  PENNENGA *v.* NEW YORK.  Appellate Division of the Supreme Court of New York, Third Judicial Department.  Certiorari denied.

No. 652, Misc.  McCOLLUM *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 660, Misc.  BALES *v.* LAINSON, WARDEN.  Supreme Court of Iowa.  Certiorari denied.

No. 661, Misc.  KENNEDY *v.* GOUGH, WARDEN.  Supreme Court of Rhode Island.  Certiorari denied.

No. 663, Misc.  RODRIGUEZ *v.* COSMOS FOOTWEAR CORP.  Appellate Division of the Supreme Court of New York, Third Judicial Department.  Certiorari denied.

No. 667, Misc.  TURNER *v.* NORTH CAROLINA.  Supreme Court of North Carolina.  Certiorari denied.

No. 668, Misc.  JOHNSON *v.* OHIO ET AL.  Franklin County Court of Appeals of Ohio.  Certiorari denied.

No. 673, Misc.  HANSON *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 679, Misc.  MORSE *v.* DELMORE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.